IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GUSTAVO SOLORIO,<br><br>Defendant. | 8:17CR90<br><br>**PRELIMINARY ORDER OF FORFEITURE** |

This matter is before the Court on the government's Motion for Preliminary Order of Forfeiture (Filing No. 30). The Court has carefully reviewed the record in this case and finds as follows:

1.     The defendant Gustavo Solorio ("Solorio") has pled guilty to Count I and admitted the Forfeiture Allegation of the Indictment. Count I of the Indictment charged Solorio with conspiracy to distribute and possess with intent to distribute 50 grams or more of a mixture or substance containing methamphetamine, in violation of 21 U.S.C. §§ 846 and 841. The Forfeiture Allegation in the Indictment sought the forfeiture, pursuant to 21 U.S.C. § 853, of United States currency seized from 4008 High Meadows in Bellevue, Nebraska on or about December 14, 2016, on the basis it was used to facilitate or was derived from proceeds of the conspiracy charged in Count I.

2.     By virtue of his plea and admission, Solorio forfeits his interest in $14,400 in United States currency, and the government should be entitled to possession of said currency, pursuant to 21 U.S.C. § 853.

3.     The government's Motion for Preliminary Order of Forfeiture should be granted.

IT IS ORDERED:

1.     The government's Motion for Preliminary Order of Forfeiture is hereby granted.

2.     Based upon the Forfeiture Allegation of the Indictment and Solorio's guilty plea and admission, the government is hereby authorized to seize the $14,400 in United States currency.

3.     Solorio's interest in the $14,400 in United States currency is hereby forfeited to the government for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.     The $14,400 in United States currency is to be held by the government in its secure custody and control.

5.     Pursuant to 21 U.S.C. § 853(n)(1), the government shall publish for at least thirty consecutive days on an official internet government forfeiture site, www.forfeiture.gov, notice of this Order, notice of publication evidencing the government's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than Solorio, having or claiming a legal interest in any of the subject property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.     The published notice shall state the petition referred to in Paragraph 5, above, shall be for a hearing to adjudicate the validity of the Petitioner's interest in the $14,400 in United States currency, shall be signed by the Petitioner under penalty of perjury, and shall set forth the nature and extent of the Petitioner's right, title or interest in the $14,400 in United States currency and any additional facts supporting the Petitioner's claim and the relief sought.

7.     The government may also, to the extent practicable, provide direct written notice to any person known to have an interest in the $14,400 in United

States currency as a substitute for published notice as to those persons so notified.

8.    Upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 2nd day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge